UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN LEE FOSTER,

Plaintiff,

v.

DELBERT OROS,

Defendant.

No. 2:25-cv-02302 DAD CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO PAY THE REQUIRED FILING FEE

(Doc. No. 9, 10)

Plaintiff Martin Lee Foster is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* in this action be denied pursuant to 28 U.S.C. § 1915(g) and that he be granted fourteen (14) days thereafter to file the required filing fee in connection with this civil action. (Doc. No. 10.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 1.) To

/////

/////

date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 3, 2025 (Doc. No. 10) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* in this action (Doc. No. 9) is denied pursuant to 28 U.S.C. § 1915(g);
3. Plaintiff is ordered to pay the required filing fee for this action within fourteen (14) days of the service of this order and plaintiff is forewarned that his failure to do so will result in the dismissal of this action; and
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] On November 6, 2025, the court received a letter from plaintiff in which he presents argument in support of his complaint. (Doc. No. 11.) That document was docketed by the Clerk of the Court as a first amended complaint. That filing by plaintiff, however, did not address the pending findings and recommendations in any way.